SAMUELS, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) Action by Samuel A. Samuels against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

SAUERBRUNN v. HARTFORD LIFE INS. CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Henry Sauerbrunn, Jr., against the Hartford Life Insurance Company. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 165 App. Div. 506, 150 N. Y. Supp. 1039.

SCAL v. ROSEN. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Harris Scal against Mary Rosen. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

SCARLETT v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Arthur Scarlett against the Delaware, Lackawanna & Western Railway Company. No opinion. Motions denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 51.

SCHAAD v. WILLIAMS. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Paul Schaad against Samuel T. Williams, and another, defendant. No opinion. Order affirmed, with $10 costs and disbursements.

CARR, J., dissents.

SCHIFF v. WINTON MOTOR CAR CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Harry Schiff against the Winton Motor Car Company. No opinion. Application denied, with $10 costs. Order signed: See, also, 153 N. Y: Supp. 961.

SCHLEICH, Respondent, v. SCHLEICH, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Susanna Schleich, as administratrix, etc:, against Paul Schleich. G. Lange, Jr., of New York City, for appellant. R. S. Newcombe, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1142.

In re SCHLESINGER. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Abraham Schlesinger, deceased. No opinion. Order affirmed with $10 costs and disbursements. Order filed. See, also, 160 App. Div. 889, 144 N. Y. Supp. 1144.

SCHNEIDER, Appellant, v. HEFFERNAN et al.; Respondents. (Supreme Court, Appellate Division, Third Department: July 1, 1915.) Action by Frederick H. Schneider against Timothy Heffernan and another. No opinion. Judgment modified by striking therefrom the costs allowed to the church, and, as modified, affirmed, with costs.

SCHOELLKOPF HOLDING CO. v. KAVINOKY. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by the Schoellkopf Holding Company against Samuel Kavinoky.

PER CURIAM. Judgment directed in favor of the defendant upon the submission, with costs. Held: (1) That the title proffered by plaintiff to defendant is valid and marketable, except as to the interest of the infants, children of Alfred Schoellkopf. (2) That such title is not marketable, for the reason that the conveyance to plaintiff was never authorized by such infants, and the conveyance by the executors and trustees to plaintiff was made in pursuance of a scheme of distribution unauthorized by law, and involved a consideration that was not lawful.

SCHOFIELD v. WOLPER et al. (Supreme Court, Appellate Division, Second Department: July 30, 1915.) Action by William H. Schofield, as trustee, etc., against Rebecca Wolper and others. No opinion. Motions denied, without costs. See, also, 153 N. Y. Supp. 1143.

SCHROEDER, Respondent, v. MARINE METAL & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charles Schroeder, an infant, by George Schroeder, his guardian ad litem, against the Marine Metal & Supply Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHULMAN v. RECTOR PAPER BOX CO. (Supreme Court, Appellate Term, First Department. June 28, 1915.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Louis Schulman against the Rector Paper Box Company. From a judgment for plaintiff, defendant appeals. Appeal dismissed. Myron S. Yochelson, of New York City, for appellant. Nathan M. Hutner, of New York City, for respondent.

PER CURIAM. The notice of appeal herein recites only that the appeal is from the judgment in this action which was entered after an inquest upon the default of the defendant. The appellant's attorney claims, and the return shows, that the defendant made a motion to open his default, and the motion was denied, and an order entered denying the same; but the notice of appeal makes no mention of the order. We have, however, examined the record, and there is nothing shown upon the affidavits used upon the motion which would constitute a sufficient excuse for the defendant's failure to appear, and the order denying the motion to open his default was properly granted. Appeal dismissed, with $10 costs.